# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-24-00682-CV

---

**Trivista Oil Company LLC and Trivista Operating LLC, Appellants**

**v.**

**Fort Apache Energy, Inc., Appellee**

---

**FROM THE 423RD DISTRICT COURT OF BASTROP COUNTY
NO. 423-9718, THE HONORABLE CHRISTOPHER DARROW DUGGAN, JUDGE PRESIDING**

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellants Trivista Oil Company LLC and Trivista Operating LLC have filed an unopposed motion to stay this appeal pursuant to Texas Rule of Appellate Procedure 27.3 based on appellee Fort Apache Energy, Inc.'s pending motion to modify the trial court's judgment pursuant to Texas Rule of Civil Procedure 329b. *See* Tex. R. App. P. 27.3 (addressing appealed order that is modified by trial court); Tex. R. Civ. P. 329b (addressing post-judgment motions). Appellants anticipate that a hearing on appellee's motion to modify will occur before the trial court in February 2025.

We construe appellants' motion as a motion to abate this appeal, grant the motion, and abate this appeal. Appellants shall submit a motion to reinstate this appeal or a status report accompanied by a motion to extend the abatement on or before February 28, 2025.

It is ordered on December 20, 2024.


Before Justices Baker, Smith, and Theofanis

Abated

Filed:   December 20, 2024